UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61306-CIV-MORENO

JOSEPH VIEXAMA and LEA VIEXAMA,

    Plaintiffs,

vs.

WMC MORTGAGE CORPORATION, VM MORTGAGE OF SOUTH FLORIDA, HOMEEQ SERVICING AND DOES 1-20,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Homeq's Motion to Dismiss **(D.E. No. 28)**, filed on **January 11, 2010** and WMC Mortgage Corporation's Motion to Dismiss **(D.E. No. 24)**, filed on **December 22, 2009.**

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are GRANTED. The Court notes that Plaintiffs have failed to respond to the motions to dismiss. Therefore, pursuant to S.D. Fla. L.R. 7.1(C), the Court GRANTS the motions to dismiss by default without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record