UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61306-CIV-MORENO

JOSEPH VIEXAMA and LEA VIEXAMA,

    Plaintiff,

vs.

WMC MORTGAGE CORPORATION, VM MORTGAGE OF SOUTH FLORIDA, HOMEEQ SERVICING AND DOES 1-20,

    Defendants.
_____/



CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT notes that both parties have failed to comply with the Court's Scheduling Order which requires parties to file their witness lists, exhibit lists, and the pretrial stipulation. Because neither party has filed these documents by the deadlines in the Court's Scheduling Order **(D.E. No. 20)**, filed **November 17, 2009**, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record